**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:  Docket Number 2022-CA-1249

Conti Enterprises, Inc.

- - Versus - -

Providence/GSE Associates, LLC, Robert E. Williams, Jr, and
Aspen Specialty Insurance Company

32nd Judicial District Court
Case #: 174385
Terrebonne Parish

On Application for Rehearing filed on   11/09/2023 by Terrebonne Parish Consolidated Government

Rehearing _____*Denied*_____

_____
Mitchell R. Theriot

_____
Guy Holdridge

_____
Chris Hester

Date  **NOV 27 2023**

_____
Rodd Naquin, Clerk